UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

"B.C.", MARIALYZ COLON PESANTE, and,
ALEJANDRO COLON PESANTE,

Plaintiffs,

WISCONSIN DEPT. OF HEALTH SERVICES

Involuntary Plaintiff,

Case No. 26-cv-1116

v.

SPARTA AREA SCHOOL DISTRICT, and
MELANIE HINZ
Defendants.

---

**NOTICE OF REMOVAL OF ACTION**

---

Defendants, Sparta Area School District and Melanie Hinz, by their attorneys, Stadler Sacks LLC, respectfully submit this Notice of Removal of Action (the "Notice") to the United States District Court for the Western District of Wisconsin pursuant to 28 U.S.C. §§ 1441 and 1446. In support of this Notice, Defendants state as follows:

1. On October 13, 2026, Plaintiffs initiated this civil action by filing a Complaint in the Circuit Court of Monroe County, State of Wisconsin (the "State Court Action").

2. Pursuant to 28 U.S.C § 1446, complete copies of the pleadings and other papers in the State Court Action are attached hereto as Exhibit A.

3. Defendants, Sparta Area School District and Melanie Hinz, were served with a copy of the Summons and Complaint on October 16, 2026.

4. Pursuant to 28 U.S.C. § 1446(b), this Notice is timely filed as Defendants have filed within 30 days of the receipt of the Complaint.

5. The State Court Action centers around an issue of alleged abuse of a student by an employee of the school.

6. The State Court Action alleges causes of action under the Federal laws. Specifically, it alleges claims under 42 U.S.C. § 1983.

7. This action may be removed to this Court pursuant to 28 U.S.C. § 1441 because the State Court Action alleges claims arising under the Federal laws of the United States and the Court may take supplemental jurisdiction of any state law claims. 28 U.S.C. § 1331.

8. Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, removal of the State Court Action to this Court is appropriate.

9. Venue in the Western District of Wisconsin is proper under 28 U.S.C. § 1446(a) because the State Court Action is pending in the Circuit Court of Monroe County, Wisconsin. This Court is the district embracing the place where the State Court Action is pending. 28 U.S.C. § 1446(a).

10. Pursuant to 28 U.S.C. § 1446(d), a copy of the Notice is being served on Plaintiffs via the Wisconsin Circuit Court eFiling system.

11. Pursuant to 28 U.S.C. § 1446(d), a copy of the Notice is being promptly filed in the State Court Action. Such notice is being filed via the Wisconsin Circuit Court eFiling system.

12. All Defendants in this action have consented to removal to Federal Court.

13. Defendants reserve the right to amend or supplement the Notice.

WHEREFORE, Defendants give notice that the State Court Action is hereby removed from the Circuit Court of Douglas County to this Court.

Dated this 13th Day of November 2026.

STADLER SACKS LLC
Attorneys for Sparta Area School District and Melanie Hinz.

By: */s/ Ronald S. Stadler*
Ronald S. Stadler
State Bar No. 1017450
Kole Kobel
State Bar No. 1127003

120 N. Main Street, Suite 280
West Bend, WI 53095
telephone: 262-304-0610
e-mail: kmk@stadlersacks.com
rss@stadlersacks.com